PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Shariff Britton          Cr.: 23-00110-001
                                                                PACTS #: 6095781

Name of Sentencing Judicial Officer:   THE HONORABLE LANDYA B. MCCAFFERTY (D/NH)
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:     THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/16/2019

Original Offense:    Count One: Possession with Intent to Distribute a Controlled Substance (500 Grams or
                     More of Cocaine) 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(B), a Class B Felony

Original Sentence: 60 months imprisonment, 4 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Consent to Search, Special Assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 12/30/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On January 31, 2023, during a home contact visit, Mr. Britton submitted a urinalysis which tested positive for alcohol. After results were discovered, Mr. Britton admitted to the alcohol use and signed an admission form. |

U.S. Probation Officer Action:
Mr. Britton was verbally reprimanded for his alcohol use and the consequences for continued illicit substance use were discussed. The U.S. Probation Office will continue to monitor Mr. Britton's compliance with substance use by continuing random testing. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Britton and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Shariff Britton

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Patrick Hattersley*          02/24/23
PATRICK HATTERSLEY          Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

2/24/2023
_____
Date